SEP - 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALEX CORREA RODRIGUEZ (1),<br>    aka Guadalupe Alejandro Rodriguez,<br><br>JOYCE GENDREN GEDDE (2),<br><br>                    Defendant. | Criminal Case No. 08 CR 2979-IEG<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Illegal Aliens<br>Without Presentation;<br>Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about August 19, 2008, within the Southern District of California, defendants ALEX CORREA RODRIGUEZ and JOYCE GENDREN GEDDE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Magaly Zamora-Badillo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 9/3/2008 .

KAREN P. HEWITT
United States Attorney

George V. Manahan
GEORGE V. MANAHAN
Assistant U.S. Attorney

GVM:lg:San Diego
8/22/08